JS-6

FILED
CLERK, U.S. DISTRICT COURT

6/8/2015

CENTRAL DISTRICT OF CALIFORNIA
BY: ___CW___ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANCISCO RICARDO CONTRERAS,<br><br>    Petitioner,<br><br>v.<br><br>AMY MILLER, Warden,<br><br>    Respondent. | NO. CV 13-5720-MWF (AGR)<br><br>JUDGMENT |

Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge,

IT IS ADJUDGED that the Petition in this matter is denied and dismissed with prejudice.

DATED: June 8, 2015

_____
MICHAEL W. FITZGERALD
United States District Judge